1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHEL,

              Plaintiff,

     v.

,

              Defendant.

Case No.  24-cv-03395-EKL

**ORDER OF DISMISSAL**

Plaintiff, a Florida federal prisoner proceeding pro se, sent a letter to the Court regarding prison conditions.  In an effort to protect his rights, the Court treated the letter as a complaint and opened a new case.  Plaintiff was sent a notice stating that he had not paid the filing fee, submitted a complete application for leave to proceed in forma pauperis ("IFP"), or submitted a formal complaint.  He was provided twenty-eight days to comply.

More than twenty-eight days has passed, and plaintiff has not submitted any of these filings.  This case is DISMISSED without prejudice, and no fee is due.  If plaintiff wishes to initiate a court case, he must file a formal complaint and pay the filing fee or submit a complete application to proceed IFP.

     **IT IS SO ORDERED.**

Dated: August 26, 2024

Eumi K. Lee
United States District Judge